JANET HUNT *v.* ANDY WEST ET AL.
(8494)

SPALLONE, NORCOTT and CRETELLA, Js.

Argued April 18—decision released April 25, 1990

*Richard Paladino,* with whom, on the brief, was *Frederick J. Miano,* for the appellant (named defendant).

*James W. Oliver,* for the appellee (plaintiff).

PER CURIAM. There is no error.